UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD LEGGETT | * | CIVIL ACTION NO.: |
| | * | |
| VERSUS | * | SECTION: " " |
| | * | |
| HARVEY GULF INTERNATIONAL MARINE | * | MAG. |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### SEAMEN'S COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Donald Leggett, a Jones Act seaman and person of full age and majority, domiciled in Sumrall, State of Mississippi, who respectfully avers as follows:

I.

This action is brought pursuant to Title 46 U.S.C. § Section, 688, the Jones Act, and all statutes supplemental and amendatory thereto.

II.

Harvey Gulf International Marine, a named defendant herein, is an entity authorized to do and doing business within Louisiana at the time of the incident complained of herein, and is liable unto Plaintiff, Donald Leggett, for claims of the nature asserted herein.

### III.

On or about February 6, 2015, Plaintiff Donald Leggett was employed as a rigger/deck hand by Defendant, Harvey Gulf International Marine and assigned to the M/V HARVEY SPUR.

### IV.

On or about February 6, 2015, the M/V HARVEY SPUR was owned, operated and/or controlled by Defendant Harvey Gulf International Marine.

### V.

On or about February 6, 2015, as Plaintiff was attempting to perform his assigned duties aboard the M/V HARVEY SPUR in the Gulf of Mexico, he was struck in the head by a crane hook.

### VI.

As a result of the accident of February 6, 2015, Plaintiff Donald Leggett sustained injury to his body, including but not limited to his head.

### VII.

The incident and resulting injuries described above were caused by the negligence of the defendant, Harvey Gulf International Marine, in the following particulars:

a)  Failing to provide Plaintiff with a safe place to work;

b)  Failing to avoid striking Plaintiff in the head with the crane hook.

c)  Striking Plaintiff in the head with a crane hook

d)  Failing to adequately supervise the job being performed; and

e)  Any and all other acts and/or omission of negligence that will be shown at the trial of this matter.

**VIII.**

At all pertinent times hereto, M/V HARVEY SPUR was unseaworthy in one or more of the following respects, to-wit:

a) Failing to provide Plaintiff with a safe place to work;

b) Failing to avoid striking Plaintiff in the head with the crane hook.

c) Striking Plaintiff in the head with a crane hook

d) Failing to adequately supervise the job being performed; and

f) Other unseaworthy conditions to be determined at a trial of this action.

**IX.**

In accordance with the Jones Act, the defendants are liable unto the plaintiff, Donald Leggett, for the following damages:

a) Past, present and future medical expenses;

b) Past, present and future physical pain and suffering;

c) Past, present and future mental and emotional pain and suffering;

d) Past and future loss of wages and loss of earning capacity;

e) Loss of enjoyment of life;

f) Loss of economic horizons;

g) Punitive damages for defendant's arbitrary, capricious, willful and wanton failure and/or refusal to provide plaintiff with prompt medical treatment; and

h) Any and all other damages to be shown at a trial of this action.

**X.**

Plaintiff, Donald Leggett, is entitled to maintenance and cure benefits from the above referenced defendant, Harvey Gulf International Marine, until such time as he reaches maximum medical cure; and plaintiff is entitled to recover attorney's fees, compensatory and punitive damages in the event that the defendant, Harvey Gulf International Marine, is found to have unreasonably, arbitrarily, willfully and wantonly refused to pay or discontinued maintenance and cure benefits.

**WHEREFORE,** for the above and foregoing reasons, plaintiff, Donald Leggett, requests that the defendant, Harvey Gulf International Marine, be served with a copy of this Seaman's Complaint and that after all legal proceedings and due delays are had, there be judgment in favor of plaintiff, Donald Leggett, and against the defendant, Harvey Gulf International Marine for damages detailed herein, the reasonable sum of which is FIVE MILLION DOLLARS AND NO/100 ($5,000,000.00), plus interest from the date of judicial demand until paid, all costs of these proceedings, and for all other general, equitable, and relief.

Respectfully submitted,

**UNGAR & BYRNE**

/s/ *George W. Byrne, Jr.*
EVETTE E. UNGAR (#29013)
GEORGE W. BYRNE, JR. (#3744)
CHERYL L. WILD (#28805)
3231 N. I-10 Service Rd. West
Metairie, LA 70002
Telephone No.: (504) 566-1616
Facsimile No.: (504) 566-1652
*Counsel for Plaintiff, Donald Leggett*

SERVICE CONTINUED NEXT PAGE

**PLEASE SERVE:**

HARVEY GULF INTERNATIONAL MARINE
Through their Agent for service of Process
ROBERT A. VOSBEIN, JR.
701 Poydras St., Suite 3700
New Orleans, LA 70139