# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONALD LEGGETT** | * | **CIVIL ACTION NO: 15-899** |
| | * | |
| | * | **JUDGE JANE TRICHE MILAZZO** |
| **VERSUS** | * | |
| | * | |
| **HARVEY GULF INTERNATIONAL** | * | **MAGIS JUDGE DANIEL KNOWLES,III** |
| **MARINE** | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## SECOND AMENDED COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes complainant, Donald Leggett, who hereby supplements and amends his previously filed Original and Amended Seaman's Complaints in  the following respects:

**1.**

By amending Paragraph IX to read as follows:

IX.

In accordance with the Jones Act, the defendants are liable unto the plaintiff, Donald Leggett, for the following damages:

a)      Past, present and future medical expenses;

b)      Past, present and future physical pain and suffering;

c)      Past, present and future mental and emotional pain and suffering;

d)      Past and future loss of wages and loss of earning capacity;

e)      Loss of enjoyment of life;

f)      Loss of economic horizons;

g)      Any and all other damages to be shown at a trial of this action.

**2.**

By supplementing and amending Paragraph **X of** the original Complaint to read as follows:

**X**

Plaintiff, Donald Leggett, is entitled to maintenance and cure benefits from the above

referenced defendant, Harvey Gulf International Marine, until such time as he reaches maximum

medical cure.

**3.**

Complainant realleges and reavers each and every other allegation as set forth in the

original Complaint and Amended Complaint as if set forth herein in extenso.

**WHEREFORE,** complainant, Donald Leggett, prays that after due proceedings there be

judgment be rendered in his favor against defendant, Harvey Gulf International Marine, as prayed

for in the original Complaint, the Amended Complaint, and this Second Amended Complaint,

together with pre-judgment interest and post-judgment interest, and for all costs of these

proceedings, including expert fees, and for all other general and equitable relief deemed

appropriate by this Honorable Court

Respectfully submitted:

GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112
Telephone:  (504) 581-7070
Facsimile: (504) 581-7083


s/ John G. Munoz
JOHN G. MUNOZ (#9830)


**PLEASE SERVE:**

HARVEY GULF INTERNATIONAL MARINE
Through their Agent for service of process
ROBERT A. VOSBEIN, JR.
701 Poydras St., Suite 3700
New Orleans, LA 70139

-3-