UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD LEGGETT | CIVIL ACTION |
| VERSUS | NO. 15-899 |
| HARVEY GULF INTERNATIONAL MARINE, ET AL | SECTION "H" (3) |

## ORDER OF PARTIAL DISMISSAL

The Court having been advised by counsel for plaintiff, Donald Leggett, and counsel for defendant, Harvey Gulf International Marine, LLC, that they have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that the claims brought on by Plaintiff against Harvey Gulf International Marine, LLC be dismissed, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**IT IS FURTHER ORDERED** that the claims against Helmerich & Payne International Drilling Co. remain pending.

**IT IS FURTHER ORDERED** that defendant Harvey Gulf International Marine, LLC's Second Motion for Partial Summary Judgment (Doc. 44) is **DENIED AS MOOT.**

New Orleans, Louisiana, this 19th day of April, 2016.

JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE