A PROFESSIONAL LAW CORPORATION
# STRAUSS & KING

BERNEY L. STRAUSS*
*ADMITTED IN:
LOUISIANA
TEXAS
MISSISSIPPI
FLORIDA
ALABAMA

ATTORNEYS IN MARITIME LAW

406 MAGAZINE STREET - SUITE 300
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 523-0033
FACSIMILE (504) 523-0109

RHETT E. KING
SARAH ANN LOWMAN
CLINTON MEAD

TRACEY M. CANNON
OFFICE MANAGER

DELICIA "COOKIE" DUNBAR
LEGAL ASSISTANT

April 19, 2016

By Fax:    589-7521

ATTN:   Emmy Schroeter

The Honorable Jane Triche Milazzo
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C206
New Orleans, Louisiana 70130

    Re:   *Donald Leggett v. Harvey Gulf Int'l Marine, LLC*
           USDC-EDLA 15-899 (H-3).

Dear Judge Milazzo,

Donald Leggett's claims against Harvey Gulf Int'l Marine have been settled.

This settlement does not involve the remaining defendant, Helmerich & Payne and this settlement does not resolve Mr. Leggett's claims in this suit against Helmerich & Payne.

                              Sincerely,

                              Rhett E. King

cc:   Johnny Domiano